

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William R. Viltz | Civil Action No. 12cv01494-MMA-BLM |
| Plaintiff, | |
| V. | |
| L.S. McEwen | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Petitioner's first amended petition with prejudice. The Court finds that this standard has not been met and therefore Declines to issue a certificate of appealability in this case.

Date: 10/25/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By: s/ V. Mosqueda
V. Mosqueda, Deputy